NUMBER 13-04-322-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

___________________________________________________________________

 

DR. CHARLES KIRKHAM AND DOCTORS 

REGIONAL HOSPITAL,                                            Appellants,

 

v.

 

ALEXIS OLVERA AND MARIA IRUEGAS, AS NEXT

FRIEND OF ALEXIS
OLVERA,                                     Appellees.

___________________________________________________________________

 

                  On appeal from the 214th
District Court 

 of Nueces County, Texas

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

   Before Chief Justice Valdez and
Justices Hinojosa and Castillo 

                       Memorandum Opinion Per
Curiam

 








Appellants, DR. CHARLES KIRKHAM AND DOCTORS REGIONAL HOSPITAL, attempted to
perfect an appeal from a judgment entered by the 214th District
Court of Nueces County, Texas.  
On October 29, 2004, the trial court granted appellants= motion to modify
judgment.

The Court, having
examined and fully considered the documents on file and the trial court=s order granting the
motion to modify judgment, is of the opinion that the appeal should be
dismissed for want of jurisdiction.  The
appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

 

Memorandum Opinion delivered and filed this

the 21st day of July, 2005.